**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


JONATHAN WILKINSON,

      Plaintiff,

v.                                         No. 1:20-cv-783  MV/KRS

JUSTIN MAESE, et al.,

      Defendants.


<u>**ORDER GRANTING MOTION TO EXTEND TIME TO COMPLETE SERVICE**</u>

      **THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time to

Complete Service on Defendants Keith Tate and Environmental Services, Doc. 13.  Having

considered the Motion and record of the case, the Court finds good cause for granting the

Motion.  Accordingly, Plaintiff is granted an extension of time to **December 31, 2020** in which

to complete service on Defendants Keith Tate and Environmental Services.

      **IT IS SO ORDERED.**

                                    _____
                                    KEVIN R. SWEAZEA
                                    UNITED STAGES MAGISTRATE JUDGE